# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. PIKE, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00807-LJO-DLB PC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (ECF No. 10)<br><br>**ORDER GRANTING IN PART EXTENSION OF TIME TO FILE AMENDED COMPLAINT** (ECF No. 11)<br><br>MAY 6, 2013 DEADLINE<br><br>**ORDER DENYING CONSOLIDATION** |

　　　Plaintiff Timothy Bertram ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On January 18, 2013, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days. ECF No. 9. Plaintiff did not respond. On March 6, 2013, the Court issued an order to show cause why this action should not be dismissed. On March 18, 2013, Plaintiff filed his response. ECF No. 11. Accordingly, the order to show cause is HEREBY discharged.

　　　Plaintiff contends that he was recently transferred and was not in possession of his legal documents. Plaintiff contends that he is now in possession of his property, and requests an extension of time of ninety days. The Court finds ninety days excessive, and will grant only an extension of May 6, 2013 by which Plaintiff is to file his amended complaint.

Plaintiff also contends that this action should be consolidated with the civil action of *Bertram v. Sizelove, et al.*, Case No. 1:10-cv-00583-AWI-DLB PC.[1] Plaintiff contends that consolidation should occur because the defendants in both are at Tehachapi State Prison, and that the events in this action occurred before the events in *Sizelove*.

A district court generally has broad discretion to consolidate actions. *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see* Fed. R. Civ. P. 42(a) (consolidation for common questions of law or fact). The Court does not find that consolidation is warranted here. The facts alleged in this action do not arise from the same transaction or occurrence as the facts alleged in *Sizelove*. Additionally, the procedural posture of both actions is markedly different. This action is still at the pleading stage and awaiting the filing of an amended complaint and screening pursuant to 28 U.S.C. § 1915A(a). *Sizelove* currently has a dispositive motion pending.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file a First Amended Complaint is granted in part;
2. Plaintiff is granted up to and including May 6, 2013 by which to file his First Amended Complaint;
3. Failure to timely file a First Amended Complaint will result in a recommendation of dismissal of this action for failure to obey a court order and failure to state a claim; and
4. Plaintiff's motion to consolidate this action with *Bertram v. Sizelove* is denied.

IT IS SO ORDERED.

Dated:   **April 6, 2013**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of *Bertram v. Sizelove*.